Frank NELLOM, Appellant

v.

PENNSYLVANIA BOARD OF
PROBATION & PAROLE,
Appellee.

No. 144 MAP 2001.

Supreme Court of Pennsylvania.

Jan. 15, 2002.

*ORDER*

PER CURIAM:

**AND NOW,** this 15th day of January, 2002, the order of the Commonwealth Court is affirmed.

■

Thomas J. RILEY, Appellant

v.

PENNSYLVANIA BOARD OF
PROBATION PAROLE,
Appellee.

No. 154 MAP 2001.

Supreme Court of Pennsylvania.

Jan. 15, 2002.

*ORDER*

PER CURIAM:

**AND NOW,** this 15th day of January, 2002, the appeal is quashed. *Sidkoff, Pincus, Greenberg & Green, P.C. v. Pennsylvania National Mutual Casualty Ins. Co.,* 521 Pa. 462, 555 A.2d 1284 (1989).

■

Purcell BRONSON, Appellant

v.

Martin F. HORN, Ms. Toski, Tim
Collins, Philip Johnson, F.
Crytzer, Appellees.

No. 167 MAP 2001.

Supreme Court of Pennsylvania.

Feb. 6, 2002.

*ORDER*

PER CURIAM:

**AND NOW,** this 6th day of February, 2002, the above captioned appeal is quashed.